UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAYO WILLIAMS,<br><br>                              Plaintiff,<br><br>          -against-<br><br>ORANGE COUNTY JAIL, ET AL,<br><br>                              Defendant. | 23-CV-0764 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 7, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 7, 2023
            New York, New York

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                    Chief United States District Judge